UNITED STATES FIRE INSURANCE CO., Appellant, v. KAUFFMAN JEWELRY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit. September 17, 1928.

No. 8228.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for appellant.

Harry A. Hageman, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

UNITED STATES FIRE INSURANCE CO., Plaintiff in Error, v. KAUFFMAN JEWELRY CO., Defendant in Error.

Circuit Court of Appeals, Eighth Circuit. September 17, 1928.

No. 8229.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for plaintiff in error.

Harry A. Hageman, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

Clifton H. WATERBURY et al., Appellants, v. FEDERAL LIFE INSURANCE CO., Appellee.

Circuit Court of Appeals, Eighth Circuit. September 10, 1928.

No. 8265.

W. J. Kass, A. G. Kass, and T. M. Zink, all of Sioux City, Iowa, for appellants.

Vail E. Purdy and J. C. Gleysteen, both of Sioux City, Iowa, for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for want of jurisdiction.

4

W. H. & J. P. PEACOCK, Appellants, v. G. T. WOFFORD, Appellee.

Circuit Court of Appeals, Fifth Circuit. October 31, 1928.

No. 5304.

Oliver C. Hancock, of Atlanta, Ga., for appellants.

Pope F. Brock, of Macon, Ga. (Brock, Sparks & Russell, H. D. Russell, A. O. B. Sparks, and Pope F. Brock, all of Macon, Ga., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.